# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of February, two thousand twenty-six.

Before:     Steven J. Menashi,
            *Circuit Judge.*

---

William E. Baroni, Jr.,

    Plaintiff - Appellant,

v.

The Port Authority of New York and New Jersey,

    Defendant - Appellee.

**ORDER**

Docket No. 23-916

---

    Appellee moves for leave to file a reply in further support of its petition for rehearing and rehearing en banc. Appellant opposes the motion.

    IT IS HEREBY ORDERED the motion for leave to file a reply is DENIED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

